JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. | CR 09-511 PA |
| Plaintiff, | | CV 12-2146 PA |
| v. | JUDGMENT DISMISSING PETITIONER'S ACTION WITH PREJUDICE | |
| PAVEL I. VALKOVICH, | | |
| Defendant. | | |

Pursuant to the Court's September 18, 2012 Order denying Petitioner Pavel I. Valkovich's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to Title 28, U.S.C. Section 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

DATED: September 18, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE